IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICIA KING**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-01212-BSM**

**JOHNSON & JOHNSON et al.,**                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE